1

2

3

4                           UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
5                                    AT SEATTLE

6   ROTH,

7                         Plaintiff(s),

8          v.                                              NO. C07-106MJP

9   BASF, et al.,                                          MINUTE ORDER

10                        Defendant(s).

11

12

13         The following minute order is made by the direction of the court, the Honorable Marsha J.

14   Pechman:

15         The Court is in receipt of a letter from defense counsel Donald Carlson requesting that trial in

16   the above-entitled matter "be scheduled for the June calendar in such a way" that Mr. Carlson can

17   appear in another civil matter in Idaho with conflicting court dates.  Dkt. No. 86.

18         All counsel were present at the hearing where the trial date was set and all counsel agreed to

19   that date.  Shifting the trial date in this matter would simply create scheduling conflicts for some other

20   counsel. The Court feels that this federal litigation has priority over a pending state matter, particularly

21   one with which a conflict did not apparently arise until after the federal trial date was set.

22         The trial date in this case will remain as set.

23         Filed this 26th day of February, 2007.          BRUCE RIFKIN, Clerk

24                                                         By     /s Mary Duett
                                                                 Deputy Clerk
25

26   MINUTE ORDER