**Honorable Marsha J. Pechman**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAILEY ROTH, | ) |
|                Plaintiff, | ) NO. CV-07-00106-MJP |
| v. | ) ORDER GRANTING |
| | ) PLAINTIFF'S MOTION TO |
| DEGUSSA CORPORATION, BASF | ) COMPEL DISCOVERY |
| CORPORATION, and ZYGROVE | ) RESPONSES FROM |
| CORPORATION, a Minnesota corporation, | ) DEFENDANTS BASF |
| | ) CORPORATION AND |
|                Defendants. | ) ZYGROVE CORPORATION |

**THIS MATTER** having come before the court on Plaintiff's Motion to Compel Discovery Responses from Defendants BASF Corporation and Zygrove Corporation, and the Court having considered the Motion, Declaration of Doug Weinmaster with Exhibits 1-5, Defendants' Response, and Plaintiff's Reply, together with the files and records herein, NOW, THEREFORE, the Court rules on Plaintiff's motion **as follows:**

**REQUEST NO. 18:** Please produce copies of all the documents related to the purchase of Degussa Construction Chemicals, Inc. by BASF on June 3, 2006.
    A.    BASF Corporation:
            1.    BASF Corporation objects on the grounds that the specific terms of the purchase are neither relevant nor reasonably calculated to lead to the discovery of relevant or otherwise admissible evidence.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT - CV-07-00106-MJP - 1**

PEREY LAW GROUP
1606 8TH AVE NORTH
SEATTLE, WA 98109
TELEPHONE (206)443-7600
FACSIMILE  (206)443-4785

**ORDERED:** GRANTED.  Plaintiff is entitled to review these documents.
_____
_____

**INTERROGATORY NO. 14:** Please state the name address and telephone number of the person or persons who have the most knowledge about the history and names and dates of the entities and successor entities which owned, manufactured and distributed Z-BRICK from 1955 to date.

**ANSWER:** Object on the grounds that the interrogatory calls for information developed by these defendants' attorneys and, thus, subject to the attorney work product privilege.  Other than the information developed by their attorneys, or testified to by Al Mosloski and Richard Tibke these defendants have no further information.

**ORDERED:** DENIED.  Defendants appear to have no further information concerning this request.
_____
_____

**INTERROGATORY NO. 15:** Please identify the names and addresses of all entities which manufactured and sold Z-BRICK from 1955 to date, including the inclusive dates that entity owned or possessed the right to manufacture and sell Z-BRICK products.

**ANSWER:** To the extent that there is information available to either defendant other than as testified to by Richard Tibke and Al Mosloski, the defendants have no information other than that which is protected by the attorney work product privilege.

**ORDERED:** DENIED.   Defendants appear to have no further information concerning this request.
_____
_____
_____

//

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT - CV-07-00106-MJP - 2**

**SUBPOENA DUCES TECUM TO FRED GOODWIN** requesting documents:

**ORDERED:**   Defendants are ordered to produce the privilege log.

_____
_____

DATED THIS _27th day of February, 2008.

        _\s Marsha J. Pechman_____
        MARSHA J. PECHMAN
        UNITED STATES DISTRICT JUDGE

PRESENTED BY

PEREY LAW GROUP

_____/S/_____
Ron Perey, WSBA # 2275
Doug Weinmaster, WSBA # 28225
dweinmaster@pereylaw.com
Lawyers for Plaintiff Roth

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT - CV-07-00106-MJP - 3**