1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

BAILEY ROTH,

7
                          Plaintiff(s),

8
            v.                                          NO. C07-106MJP

9
DEGUSSSA CORPORATION, et al.,                           MINUTE ORDER

10
                          Defendant(s).

11
12

13      The following minute order is made by the direction of the court, the Honorable Marsha J.

14   Pechman:

15      Upon review of Plaintiff's Motion for Leave to File Corrected Complaint (Dkt. No. 66),

16   Defendants' Response (Dkt. No. 74). Plaintiff's Reply (Dkt. No. 83) and all accompanying

17   declarations and exhibits, the Court rules as follows:

18      The motion is PARTIALLY GRANTED AND PARTIALLY DENIED.  Plaintiff may amend

19   their complaint caption to remove former defendants that Plaintiff has dismissed.  Plaintiff's request to

20   add a separate legal entity to the complaint without meeting the service requirements of the Federal

21   Rules of Civil Procedure is denied.

22      Filed this 10th day of March, 2008.

23                                              BRUCE RIFKIN, Clerk

24                                      By      /s Mary Duett
                                               Deputy Clerk
25

26   MINUTE ORDER