1

**Honorable Marsha J. Pechman**

2

3

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

BAILEY ROTH,

No. 07-0106 MJP

5

Plaintiff,

ORDER RE:  SUPPLEMENTAL
DECLARATION OF DOUGLAS
WEINMASTER (DKT. NO. 126)

6

v.

7

RAYMOND W. LARSEN and JANE DOE
LARSEN, and their marital community; ERIK

8

K. LARSEN and MARY DOE LARSEN, and
their marital community; STEIN F. LARSEN

9

and BETTY DOE LARSEN, and their marital
community; and PACIFIC WEST

10

MANAGEMENT CORPORATION,

11

Defendants.

12

DEGUSSA CORPORATION, a foreign
corporation; BASF CORPORATION, a foreign

13

corporation; and ZYGROVE
CORPORATION, a Minnesota corporation,

14

Additional Defendants.

15

BASF CORPORATION, a foreign corporation,

16

and ZYGROVE CORPORATION, a
Minnesota corporation,

17

Third-Party Plaintiffs,

18

v.

19

FAIRCHILD CORPORATION, a Delaware

20

corporation, and RHI HOLDINGS, INC., a
Delaware corporation,

21

Third-Party Defendants.

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

The Court has received and reviewed Defendants BASF Corporation and Zygrove Corporation's Motion to Strike the Supplemental Declaration of Douglas Weinmaster and Exclude Evidence (Dkt. No. 144).  Although the motion is not noted until April 25, 2008, and Plaintiff has yet to respond, the Court is taking the unusual step of issuing a pre-emptive order based on the nearness of the trial date and the incontrovertible nature of Mr. Weinmaster's error in filing a motion to strike in a pleading separate from his responsive brief.

IT IS ORDERED that Defendants' motion is GRANTED.  The prohibition contained in Local Rule 7(g) could not be clearer: "Requests to strike material contained in or attached to submission of opposing parties shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief and will be considered with the underlying motion."  Plaintiff's counsel cannot avoid this restriction by filing the request to strike in a declaration rather than a motion.

IT IS FURTHER ORDERED that Plaintiff's counsel shall have an opportunity to re-file his responsive brief and incorporate his request to strike therein.  The revised responsive brief shall contain no new legal argument, and must be filed no later than April 23, 2008.  If Defendants wish to amend their reply brief to respond to the request to strike, their revised reply must be filed by April 25, 2008.

DONE this 18th day of April, 2008

_ /s Marsha J. Pechman_____
THE HONORABLE MARSHA J. PECHMAN
United States District Judge