UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROTH,

        Plaintiff(s),

  v.

BASF CORPORATION, et al.,

        Defendant(s).

NO. C07-106MJP

ORDER ON MOTION FOR SANCTIONS FOR FAILURE TO OBEY DISCOVERY ORDER

The above-entitled Court, having received and reviewed:

1. Plaintiff Roth's Motion for Sanctions against Defendant BASF for Failure to Obey Discovery Order (Dkt. No. 165)

2. Defendants' Response to Plaintiff's Motion for Sanction Regarding Privilege Log (Dkt. No. 168)

3. Reply on Plaintiff Roth's Motion for Sanctions against Defendant BASF for Failure to Obey Discovery Order (Dkt. No. 175)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that Defendants are assessed $1000 in costs and attorney's fees for their failure to timely respond to the Court's order of February 27, 2008; said assessment to be paid no later than May 13, 2008.

The Court finds, based on the undisputed contents of the above pleadings, that Defendants did not turn over their privilege log in a timely manner, although they did eventually produce the log. The Court is unable to ascertain from the briefing what privilege is being claimed and whether the documents which are the subject of this motion are privileged or not. In the absence of information or

**ORDER ON MTN
FOR SANCTIONS - 1**

1  argument upon which to base that decision, the Court declines to order any of the other relief

2  requested by Plaintiff in his motion.

4  The clerk is directed to provide copies of this order to all counsel of record.

5  Dated: May 6, 2008

*/s/ Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

26  **ORDER ON MTN FOR SANCTIONS - 2**