UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAILEY ROTH,

                    Plaintiff(s),

      v.

BASF CORPORATION, et al.,

                    Defendant(s).

NO. C07-106MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Following a status conference with this parties, the Court issued the following rulings:

1.     The trial date of June 2, 2008 is STRICKEN.

2.     For good cause shown, Plaintiff is granted leave to amend his complaint.

3.     The parties are ordered to file an amended scheduling order (using a target trial date of January 5, 2009) by no later than **May 30, 2008.**

4.     All pending motions are STRICKEN, subject to re-noting by the parties.

5.     Discovery will be re-opened for a limited time (to be determined) and limited to the issues of:

        a.     Defendants' liability

        b.     Identification of the manufacturer of the wall covering in Plaintiff's house

MINUTE ORDER

1        6.      The parties are ordered to update the opinions of their liability experts and provide

2                them to the opposing side if that has not previously been accomplished.

3

4        Filed this 23rd day of May, 2008.

5                                                        BRUCE RIFKIN, Clerk

6
                                                By      /s Mary Duett
7                                                       Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    MINUTE ORDER