UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAILEY ROTH,

        Plaintiff(s),

  v.

BASF CORPORATION, et al.,

        Defendant(s).

NO. C07-106MJP

ORDER ON DEFENDANT BASF CORPORATION'S MOTION FOR RECONSIDERATION

The above-entitled Court, having received and reviewed Defendant BASF Corporation's Motion for Reconsideration of Portion of Order on Summary Judgment Motions: Product Liability (Dkt. No. 236), and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is DENIED.

Local Rule 7(h)(1) states that

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Defendant's motion for reconsideration contains neither new facts nor legal authority. Defendant BASF Corporation disagrees with the Court's interpretation of RCW 7.72.030(1) regarding the nature of the proximate cause which must be established to prove a violation of the statute. The Court finds no manifest error in its previous ruling.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: July 16, 2008

                                                  Marsha J. Pechman
                                                U.S. District Judge

**ORDER ON MTN FOR RECONSIDERATION - 1**