UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAILEY ROTH,

    Plaintiff,

v.

BASF CORPORATION, a foreign corporation; and ZYGROVE CORPORATION, a Minnesota corporation,

    Defendants.

Case No. C07-106MJP

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF BAILEY ROTH , and on behalf of DEFENDANTS BASF CORPORATION and ZYGROVE CORPORATION in the amount of $14,481.37 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. DEPOSITION COSTS | $16,696.88 | $3,256.01 | $13,440.87 |

Clerk allowed all costs incurred for depositions used by either party in support of or in opposition to summary judgment motions filed. File was reviewed to determine use of depostions.

| II. COPY COSTS | $3,681.89 | $2,761.39 | $920.50 |
|---|---|---|---|

General copying costs are not allowed. Clerk will allow copying costs directly related to filings. Clerk estimates that 25% of all copying costs requested were directly related to materials filed in case.

| III. WITNESS FEES | $200.00 | $80.00 | $120.00 |
|---|---|---|---|

Clerk allowed witness fees for individual whose deposition was actually used.

TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. MEDIATOR | $2,650.00 | $2,650.00 | 0 |

Cost for mediator is not taxable.

Dated this ____13th____ day of SEPTEMBER, 2008 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2