UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAILEY ROTH,

        Plaintiff(s),

  v.

BASF CONSTRUCTION CHEMICALS, LLC., et al.,

        Defendant(s).

NO. C07-106MJP

ORDER ON PLAINTIFF'S MOTION TO RETAX COSTS

The above-entitled Court, having received and reviewed:

1. Renewed Motion for Costs of Zygrove Corporation and BASF Corporation (Dkt. No. 277)

2. Plaintiff Roth's Response to Renewed Motion for Costs of Zygrove Corporation and BASF Corporation (Dkt. No. 283)

3. Plaintiff's Motion to Retax Costs (Dkt. No. 298)

and all attached exhibits and declarations, makes the following ruling:

IT IS ORDERED that the motion to retax costs is DENIED, and the Clerk of the Court's Taxation of Costs (Dkt. No. 293) is AFFIRMED. The Court finds that the costs as outlined in the Clerk of the Court's Taxation of Costs appear to be reasonable and within the scope of the applicable rules.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: November __24_, 2008

*/s/ Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

**ORD ON MTN TO RETAX COSTS - 1**